NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEX DARIO ATI-ESPINOZA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, *Delaney Hall Detention Facility*,<br><br>Respondent. | Civil Action No. 26-2196 (GC)<br><br>**MEMORANDUM & ORDER** |

**CASTNER, District Judge**

    **THIS MATTER** comes before the Court on the *pro se* petition (Petition) for a writ of habeas corpus under 28 U.S.C. § 2241 filed by Petitioner Alex Dario Ati-Espinoza.[1] (ECF No. 1.) Petitioner, who is presently detained at the Delaney Hall Detention Facility in Newark, New Jersey, also requests an order enjoining his transfer from the facility while his Petition is pending. (*Id.* at 8.)  Additionally, Petitioner has filed an application to proceed *in forma pauperis* (IFP Application). (ECF No. 1-1).

    Pursuant to 28 U.S.C. § 1915 and Local Civil Rule 81.2, the IFP Application is granted.

    Rule 4 of the Rules Governing Section 2254 Cases ("Habeas Rule 4"), applicable to 28 U.S.C. § 2241 cases through Habeas Rule 1(b), requires this Court to screen a habeas petition to determine whether dismissal without an answer and production of the record is warranted.  Having

---

[1]    Petitioner names as the only Respondent the Warden of Delaney Hall Detention Facility. (ECF No. 1 at 1.)

screened the Petition, the Court concludes that dismissal without an expedited answer and production of the record is not warranted.

Under the All Writs Act, *see* 28 U.S.C. § 1651(a) (empowering the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law"), the Court orders that Petitioner shall not be transferred from the District of New Jersey, or removed from the United States, pending further order of this Court.

**IT IS**, therefore, on this 4th day of March, 2026, **ORDERED** as follows:

**ORDERED** that the IFP Application (ECF No. 1-1) is **GRANTED**; and it is further

**ORDERED** that Petitioner **SHALL NOT** be **TRANSFERRED** from the District of New Jersey, or **REMOVED** from the United States, pending further order of this Court; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition (ECF No. 1), the attachments to the Petition (ECF Nos. 1-1 through 1-3), and this Memorandum and Order upon Respondents by electronic mail and regular U.S. Mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition (ECF No. 1), the attachments to the Petition (ECF Nos. 1-1 through 1-3), and this Memorandum and Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that, within fourteen (14) days of the date of entry of this Memorandum and Order, Respondents shall file and serve a full and complete answer to the Petition (ECF No. 1), which responds to the factual and legal allegations of the Petition; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243, and provide the relevant legal analysis and record; and it is further

**ORDERED** that Respondents shall raise in the answer any appropriate defenses and relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that Respondents shall file and serve with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that all exhibits to the answer must be identified by a descriptive name in the electronic filing entry, for example:

"Exhibit #1 Transcript of [type of proceeding] held on XX/XX/XXXX" or

"Exhibit #2 Opinion entered on XX/XX/XXXX by Judge YYYY"; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within fourteen (14) days after the answer is filed; and it is further

**ORDERED** that within three (3) days after any change in Petitioner's custody or immigration status (be it release or otherwise) occurring any time during the pendency of this case, Respondents shall electronically file a written notice of the same with the Clerk of the Court; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Text Order upon Petitioner by regular U.S. mail.

**GEORGETTE CASTNER**
**United States District Judge**

3